# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| JOHNNY McCLURG, on Behalf of Himself and All Others Similarly-Situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>DALLAS JONES ENTERPRISES INC, d/b/a CLAY'S TRUCKING<br><br>    *Defendant*. | **PROPOSED COLLECTIVE ACTION UNDER FLSA AND CLASS ACTION UNDER KWHA**<br><br>CASE NO.    4:20-CV-201-JHM<br><br>**JURY DEMANDED** |

## MOTION TO EXTEND PAGE LIMITS WITH RESPECT TO PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR CONDITIONAL CERTIFICATION

Comes Plaintiff, by and through counsel, and moves the Court to extend the page limits provided in the Local Rules. Specifically, Plaintiff filed Plaintiff's Reply in Support of Plaintiff's Motion for Conditional Certification (Ct. Doc. 47), which contains pages in excess of the page limits. However, given the myriad of issues addressed in the reply, including (A) Defendant's objections to the motion for conditional certification (Ct. Doc. 44), (B) Defendant's Answer to the Second Amended Complaint (Ct. Doc. 46), filed while the motion for conditional certification briefing was underway and responding to issues raised in the motion, and (C) Defendant's arguments that the Court's stay of discovery should be lifted (Ct. Docs. 42 and 43), Plaintiff submits that allowing the excess pages would be appropriate.[1]

---

[1] The undersigned apologizes for exceeding the page limits in the Reply and filing this motion late. Because the response was filed on Friday, September 24, 2021, the reply was due October 8, 2021. This coincided with the undersigned's children's school Fall Break and planned family Florida vacation beginning in the afternoon of October 1 and running until after the deadline for filing the reply. Because the statute of limitations for the persons to whom notice is requested continues to run under 29 U.S.C. § 216(b) in the meantime, the undersigned finalized the reply to the best of his ability prior to those family obligations, but the end result was a reply that exceeded the page limits. See Mark Twain: "I didn't have time to write a short letter, so I wrote a long one instead."

In the alternative, if the Court is not inclined to grant leave to extend the page limits with respect to Ct. Doc. 47, Plaintiff requests a five-day period from the Court's order on this motion within which to file a reply in support of his motion for conditional certification (Ct. Doc. 32) within the page limits.

Respectfully submitted,

/s/ Mark N. Foster
Mark N. Foster
P.O. Box 869
Madisonville, KY 42431
(270) 213-1303
MFoster@MarkNFoster.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated on the Court's CM/ECF notice of filing, this document was filed through the Court CM/ECF filing system.

/s/ Mark N. Foster
Mark N. Foster