**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | | |
|---|---|---|
| **JOHNNY MCCLURG**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:20-CV-201-RGJ-HBB |
| | ) | |
| **DALLAS JONES ENTERPRISES, INC.** | ) | |
| **d/b/a CLAY'S TRUCKING, DANA** | ) | |
| **PORTER, BROCK PORTER, and** | ) | |
| **ALFREDA JONES (as Executrix of the** | ) | |
| **Estate of Dallas Jones)**, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS DANA PORTER, BROCK PORTER AND ALFREDA JONES (AS EXECUTRIX OF THE ESTATE OF DALLAS JONES) RESPONSES IN OPPOSITION TO PLAINTIFF JOHNNY MCCLURG'S MOTION FOR RULE 23 CLASS CERTIFICATION

Defendants Dana Porter, Brock Porter and Alfreda Jones (as Executrix of the Estate of Dallas Jones) and for their Responses In Opposition to Plaintiff Johnny McClurg's Motion for Rule 23 Class Certification (DE # 212) ("Class Mot.") and in support of the same state that they join in and incorporate by reference as if fully set forth herein the contents and arguments made by Defendant Dallas Jones Enterprises, Inc. ("Clay's Trucking") in its Response In Opposition to Plaintiff Johnny McClurg's Motion for Rule 23 Class Certification (DE # 222). For the reasons set forth by Defendant Dallas Jones Enterprises, Inc., Plaintiff Johnny McClurg's Motion for Rule 23 Class Certification must be denied.

This 19th day of April 2024.

Respectfully submitted,

BRODERICK & DAVENPORT, PLLC
Attorneys at Law
921 College Street- Phoenix Place
Post Office Box 3100
Bowling Green, KY 42102-3100
Telephone:    (270) 782-6700
Telefax:       (270) 782-3110
/s/ David F. Broderick
DAVID F. BRODERICK – KBA #07755
BRANDON T. MURLEY – KBA #93206

## CERTIFICATE OF SERVICE

It is certified that on this 19th day of April, 2024, the foregoing has been filed via the Court's electronic filing, which gives notice to all registered parties, and first-class mail for any non-registered parties.

/s/ David F. Broderick
Counsel for Defendants