## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| JOHNNY McCLURG,<br>on Behalf of Himself and All<br>Others Similarly-Situated,<br><br>    *Plaintiff,*<br><br>v.<br><br>DALLAS JONES ENTERPRISES<br>INC, d/b/a CLAY'S TRUCKING,<br>DANA PORTER, BROCK PORTER,<br>And ALFREDA JONES (as Executrix<br>Of the Estate of Dallas Jones)<br>    *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **PROPOSED COLLECTIVE ACTION<br>UNDER FLSA AND CLASS ACTION<br>UNDER KWHA**<br><br>CASE NO.    4:20-CV-201-RGJ-HBB<br><br>**JURY DEMANDED** |

### PARTIES' JOINT MOTION FOR APPROVAL OF
### FLSA COLLECTIVE SETTLEMENT AND
### <u>PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT</u>

Plaintiff Johnny McClurg ("Plaintiff"), individually and on behalf of the Settlement Collective and Class defined below, and Defendants Dallas Jones Enterprises, Inc., d/b/a Clay's Trucking, Dana Porter, Broc Porter, and Alfreda Jones (as Executrix of the Estate of Dallas Jones) ("Defendants"), through their undersigned counsel, respectfully move this Court for an Order:

1.    Granting approval of FLSA Collective Settlement and preliminary approval of the Class Action Settlement, pursuant to the Parties' Settlement Agreement, a true and correct copy of which is attached as Exhibit 1 hereto (the "Settlement");

2.    Finding that the Settlement is a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.,* and the Settlement is fair, reasonable, and adequate pursuant to FED. R. CIV. P. 23(e);

3.      Preliminarily and conditionally certifying the Settlement Collective and Class as a class action pursuant to FED. R. CIV. P. 23(a) and (b)(3), pending final approval of the Settlement Agreement, the Settlement Collective and Class being comprised of Plaintiff and all other persons employed by Dallas Jones Enterprises, Inc. as a truck driver at any time from December 7, 2015 though June 27, 2024 (the "Applicable Class Period")

4.      Preliminarily appointing Plaintiff as the Settlement Collective and Class Representative pursuant to the Settlement;

5.      Preliminarily appointing Law Office of Mark N. Foster, PLLC as Class Counsel;

6.      Approving the form and method of Notice of Settlement, as set forth in the Settlement and the proposed Preliminary Approval Order;

7.      Scheduling the final approval hearing for a date approximately one hundred (100) days after the Court's Order to consider the final approval of the proposed Settlement; and

8.      Approving the following schedule and procedures for completing the settlement approval process as set forth in the Parties' Settlement Agreement:

| Defendants send CAFA Notice | Within ten (10) business days after the submission of the Settlement Agreement to the Court. |
|---|---|
| Defendants Provide Settlement Collective and Class Contact Information | Within ten (10) business days, or as soon as practicable, after entry of the Court's Preliminary Approval Order. |
| Notice Sent by Class Counsel | Within ten (10) days of receiving the Settlement Collective and Class List. |
| Plaintiff's Motion for Approval of Attorneys' Fees, Costs, and Service Awards | Due ten (10) business days before the Objection and Opt-Out Deadline stated in Notice to Class Members |
| Deadline to postmark objections or requests for exclusion | Forty-five (45) days after the Notice of Settlement is initially mailed by Class Counsel. |
| Motion for Final Approval of Collective and Class Action | Due ten (10) business days before Final Approval Hearing Date |

| Hearing on Final Approval of Settlement (Fairness Hearing) | Approximately one hundred (100) days after entry of the Court's Order on this Motion |
|---|---|

This Motion is based on the accompanying Memorandum of Law, the accompanying exhibits hereto, and all other records, pleadings, and papers on file in this action. The Parties' proposed Preliminary Approval Order is submitted for the Court's consideration.

Respectfully submitted,

/s/Mark N. Foster
Mark N. Foster
Law Office of Mark N. Foster, PLLC
P.O. Box 869
Madisonville, KY 42431
Tel.: (270) 213-1303
Mfoster@MarkNFoster.com
*Attorney for Plaintiffs, the Collective, and the Proposed Class*

/s/Michael J. LaCourse w perm. by Mark N. Foster
Michael J. LaCourse
LaToi D. Mayo
Jay Inman
Littler Mendelson, P.S.C.
333 West Vine Street, Suite 1720
Lexington, KY 40507
(859) 317-7970
mlacourse@littler.com
lmayo@littler.com
jinman@littler.com
*Counsel for Defendant Clay's Trucking*

/Brandon T. Murley   w perm. by Mark N. Foster
David F. Broderick
Brandon T. Murley
Broderick & Davenport, PLLC
921 College Street
Bowling Green, KY 42102-3100

(270) 782-6700
dbroderick@broderickfirm.com
bmurley@broderickfirm.com
*Counsel for Defendants Dana Porter, Broc Porter and Alfreda Jones (as Executrix of the Estate of Dallas Jones)*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by electronic filing on August 1, 2024 on all counsel of record.

*/s/Mark N. Foster*
Mark N. Foster