IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| JOHNNY McCLURG,<br>on Behalf of Himself and All<br>Others Similarly-Situated,<br><br>    *Plaintiff,*<br><br>v.<br><br>DALLAS JONES ENTERPRISES<br>INC, d/b/a CLAY'S TRUCKING,<br>DANA PORTER, BROCK PORTER,<br>And ALFREDA JONES (as Executrix<br>Of the Estate of Dallas Jones)<br>    *Defendant.* | CASE NO.    4:20-CV-201-RGJ-HBB<br><br>**JURY DEMANDED** |

**PARTIES' JOINT MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Johnny McClurg ("Plaintiff"), individually and on behalf of the Settlement Class defined below, and Defendants Dallas Jones Enterprises, Inc., d/b/a Clay's Trucking, Dana Porter, Brock Porter, and Alfreda Jones (as Executrix of the Estate of Dallas Jones) ("Defendant"), through their undersigned counsel, respectfully move this Court for an Order:

1. Preliminarily finding that the Parties' Settlement Agreement, a true and correct copy of which is attached as Exhibit 1 hereto (the "Settlement"), is fair, reasonable, and adequate pursuant to FED. R. CRV. P. 23(e);

2. Preliminarily and conditionally certifying the Settlement Class as a class action pursuant to FED. R. CIV. P. 23(a) and (b)(3), pending final approval of the Settlement Agreement, the Settlement Class being comprised of Plaintiff and all other persons employed by Dallas Jones Enterprises, Inc. as a truck driver at any time from December 7, 2015 though June 27, 2024 (the "Applicable Class Period")

3. Preliminarily appointing Plaintiff as the Settlement Class Representatives and

preliminarily approving a service awards of $15,000.00 to Plaintiff pursuant to the Settlement;

4. Preliminarily appointing Law Office of Mark N. Foster, PLLC as Class Counsel;

5. Approving the form and method of Notice of Settlement, as set forth in the Settlement and the proposed Preliminary Approval Order;

6. Scheduling the final approval hearing for a date approximately ninety (90) days after the Court's Order to consider the final approval of the proposed Settlement; and

7. Approving the following schedule and procedures for completing the settlement approval process as set forth in the Parties' Settlement Agreement:

| | |
|---|---|
| Defendants send CAFA Notice | Within ten (10) business days after the submission of the Settlement Agreement to the Court. |
| Defendants Provide Settlement Class Contact Information | Within ten (10) business days, or as soon as practicable, after issuance of the Court's Preliminary Approval Order. |
| Notice Sent by Class Counsel | Within ten (10) days of receiving the Settlement Class List. |
| Plaintiff's Motion for Approval of Attorneys' Fees, Costs, and Service Awards | Due ten (10) business days before the Objection and Opt-Out Deadline stated in Notice to Class Members |
| Deadline to postmark objections or requests for exclusion | Forty-five (45) days after the Notice of Settlement is initially mailed by Class Counsel. |
| Motion for Final Approval of Class Action | Due ten (10) business days before Final Approval Hearing Date |
| Hearing on Final Approval of Settlement | Approximately Ninety (90) days after Court's Order on this Motion. Based on the above schedule, and in accordance with the Court's schedule, the Parties request that a final approval hearing be scheduled in October 2025. |

This Motion is based on the accompanying Memorandum of Law, the accompanying exhibits hereto, and all other records, pleadings, and papers on file in this action. The Parties' proposed Preliminary Approval Order is submitted for the Court's consideration.

Respectfully submitted,

/s/Mark N. Foster
Mark N. Foster
Law Office of Mark N. Foster, PLLC
P.O. Box 869
Madisonville, KY 42431
Tel.: (270) 213-1303
Mfoster@MarkNFoster.com
*Attorney for Plaintiffs, the Collective, and the Proposed Class*

/s/Michael J. LaCourse w perm. by Mark N. Foster
Michael J. LaCourse
Latoi D. Mayo
Jay Inman
Littler Mendelson, P.S.C.
333 West Vine Street, Suite 1720
Lexington, KY 40507
(859) 317-7970
mlacourse@littler.com
lmayo@littler.com
jinman@littler.com
*Counsel for Defendant Clay's Trucking*

/Brandon T. Murley    w perm. by Mark N. Foster
Brandon T. Murley
Broderick & Davenport, PLLC
921 College Street
Bowling Green, KY 42102-3100
(270) 782-6700
bmurley@broderickfirm.com
*Counsel for Defendants Dana Porter, Broc Porter and Alfreda Jones (as Executrix of the Estate of Dallas Jones)*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by electronic filing on the date indicated on the Court's electronic filing receipt.

/s/*Mark N. Foster*
Mark N. Foster