IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| JOHNNY McCLURG,<br>on Behalf of Himself and All<br>Others Similarly-Situated,<br><br>*Plaintiff,*<br><br>v.<br><br>DALLAS JONES ENTERPRISES<br>INC, d/b/a CLAY'S TRUCKING,<br>DANA PORTER, BROCK PORTER,<br>And ALFREDA JONES (as Executrix<br>Of the Estate of Dallas Jones)<br><br>*Defendants.* | CASE NO.    4:20-CV-201-RGJ-HBB<br><br>**JURY DEMANDED** |

**MOTION FOR FINAL APPROVAL**
**OF CLASS ACTION SETTLEMENT PURSUANT TO FED. R. CIV. P. 23**

Comes Plaintiff Johnny McClurg ("Plaintiff"), individually and on behalf of the Settlement Class defined below, by and through undersigned counsel, and respectfully moves this Court for entry of an Order:[1]

1. granting final approval of the Class Action Settlement, pursuant to the Parties' Settlement Agreement, pursuant to FED. R. CIV. P. 23(e) and other applicable law;

2. granting final certification of the Settlement Class as a class action, pursuant to FED. R. CIV. P. 23(a) and (b)(3) and other applicable law, comprised of: all individuals who worked for one or more of the Defendants as a truck driver for any period of time from December 7, 2015 to June 27, 2024;

---

[1] Unless otherwise stated, all capitalized terms used herein are as defined in the Settlement Agreement, dated June 11, 2025 (the "Settlement Agreement" or "Settlement"), which was filed with the Court on June 12, 2025, as Exhibit 1 to the Parties' Joint Motion for Preliminary Approval of Class Action Settlement Pursuant to Fed. R. Civ. P. 23 (DN 242-1).

1

  3. finding that the dissemination of the Settlement Notices met the requirements of Rule 23 and due process;

  4. granting final approval of the appointment of Plaintiff as Settlement Class Representative, pursuant to FED. R. CIV. P. 23 and other applicable law; and

  5. granting final approval of the appointment of Law Office of Mark N. Foster, PLLC as Class Counsel pursuant to FED. R. CIV. P. 23(g) and other applicable law.

  This Motion is based on the accompanying Memorandum of Law, along with the accompanying exhibits thereto, and all other records, pleadings, and papers on file in this action. Accordingly, Plaintiff respectfully requests that this Motion be granted and that the Court approve and enter the proposed Final Approval Order submitted herewith. The proposed Order provides for the relief requested herein as well as the relief requested in Plaintiff's Unopposed Motion for Attorneys' Fees, Litigation Expenses, and Service Awards (DN 246).

Respectfully submitted,

*/s/Mark N. Foster*
Mark N. Foster
Law Office of Mark N. Foster, PLLC
P.O. Box 869
Madisonville, KY 42431
Tel.: (270) 213-1303
Mfoster@MarkNFoster.com
*Attorney for Plaintiff, the Collective, and the Proposed Class*[2]

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by electronic filing on the date indicated on the Court's electronic filing receipt.

*/s/Mark N. Foster*
Mark N. Foster

---

[2] Plaintiff files the Motion on October 13, 2025 to comply with the Court's Preliminary Approval Order, which called for a motion for final approval to be filed ten days prior to the scheduled October 23, 2025 fairness hearing. DN 245. Defendants have requested two additional days' time to review and file the proposed Joint Motion for Final Approval, the draft of which tracked the Motion except that it was to be filed by the parties, instead of by Plaintiff. Plaintiff intends to join in filing a joint motion with Defendants as soon as possible, but files this motion on October 13, 2025 in an abundance of caution to ensure that any class member or other person reviewing the Preliminary Approval Order (DN 245) and the filing on CM/ECF would not be confused or misled by the absence of a motion for final approval filed by October 13, 2025.